HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMUEL HELLER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ELASTICSEARCH, INC., a Delaware corporation,<br><br>    Defendant. | No. 2:19-cv-02021 RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES** |

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Continue Pretrial Deadlines, and good cause appearing therefor, it is hereby ORDERED:

(1) The deadline for disclosure of expert testimony under FRCP 26(a)(2) is continued to January 11, 2021;

(2) The deadline for filing motions related to discovery is continued to February 9, 2021;

(3) The deadline for completion of discovery is continued to March 1, 2021;

(4) The deadline for all dispositive motions to be filed is continued to March 22, 2021; and

(5) The remainder of the pretrial deadlines shall remain the same.

ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES - 1

108461533.1 0069898-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1

2   It is so ordered this 22nd day of October, 2020.

3

4

5   _____
    RICARDO S. MARTINEZ
6   CHIEF UNITED STATES DISTRICT JUDGE

7

8

9
    PRESENTED BY:
10
    STOEL RIVES LLP
11

12   _s/ Karin D. Jones_____
     James M. Shore, WSBA No. 28095
13   Karin D. Jones, WSBA No. 42406
     600 University Street, Suite 3600
14   Seattle, WA  98101
     Tel (206) 624-0900
15   Fax: (206) 386-7500
     jim.shore@stoel.com
16   karin.jones@stoel.com

17

     *Attorneys for Defendant Elasticsearch, Inc.*
18

19   ARETE LAW GROUP

20

21   _s/ Jonah O. Harrison (via email authorization)_
     Jonah O. Harrison, WSBA No. 34576
     Denise Ashbaugh, WSBA No. 28512
22   1218 Third Avenue, Suite 2100
     Seattle, WA 98101
23   Tel (206) 428-3253
     jharrison@aretelaw.com
24   dashbaugh@aretelaw.com

25   *Attorney for Plaintiff Samuel Heller*

26

ORDER GRANTING
STIPULATED MOTION TO CONTINUE
PRETRIAL DEADLINES - 2

108461533.1 0069898-00002

**CERTIFICATE OF SERVICE**

1
2
3  I hereby certify that on October 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties who have appeared in this case.
4
5
6                                    STOEL RIVES LLP
7
                                     *s/ Karin D. Jones*
8                                    James M. Shore, WSBA #28095
                                     Karin D. Jones, WSBA #42406
9                                    600 University Street, Suite 3600
                                     Seattle, WA  98101
10                                   Tel: (206) 624-0900
                                     Fax: (206) 386-7500
11                                   Email: jim.shore@stoel.com
                                            karin.jones@stoel.com
12
13                                   Attorneys for Defendant Elasticsearch, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING
STIPULATED MOTION TO CONTINUE
PRETRIAL DEADLINES - 3

108461533.1 0069898-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*