HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMUEL HELLER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ELASTICSEARCH, INC., a Delaware corporation, <br><br> Defendant. | No. 2:19-cv-02021 RSM <br><br> **ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Continue Trial and Pretrial Deadlines, and good cause appearing therefor, it is hereby ORDERED:

(1) The trial in this matter shall be continued to September 13, 2021; and

(2) The remaining pretrial deadlines shall be continued 120 days in correspondence with the new trial date.

It is so ordered this 2nd day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES - 1

108891655.1 0069898-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

1

2  PRESENTED BY:

3  STOEL RIVES LLP

4

  _s/ Karin D. Jones_____
5  James M. Shore, WSBA No. 28095
   Karin D. Jones, WSBA No. 42406
6  600 University Street, Suite 3600
   Seattle, WA  98101
7  Tel (206) 624-0900
   Fax: (206) 386-7500
8  jim.shore@stoel.com
   karin.jones@stoel.com
9

10 *Attorneys for Defendant Elasticsearch, Inc.*

11

   ARETE LAW GROUP
12

   _s/ Jonah O. Harrison_____
13 Jonah O. Harrison, WSBA No. 34576
   Denise Ashbaugh, WSBA No. 28512
14 1218 Third Avenue, Suite 2100
   Seattle, WA 98101
15 Tel (206) 428-3253
   jharrison@aretelaw.com
16 dashbaugh@aretelaw.com

17 *Attorney for Plaintiff Samuel Heller*

18

19

20

21

22

23

24

25

26

ORDER GRANTING
STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL DEADLINES - 2

108891655.1 0069898-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties who have appeared in this case.

STOEL RIVES LLP

*s/ Karin D. Jones*
James M. Shore, WSBA #28095
Karin D. Jones, WSBA #42406
600 University Street, Suite 3600
Seattle, WA  98101
Tel: (206) 624-0900
Fax: (206) 386-7500
Email: jim.shore@stoel.com
         karin.jones@stoel.com

Attorneys for Defendant Elasticsearch, Inc.

ORDER GRANTING
STIPULATED MOTION TO CONTINUE TRIAL
AND PRETRIAL DEADLINES - 3

108891655.1 0069898-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*