HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SAMUEL HELLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELASTICSEARCH, INC., a Delaware corporation,<br><br>Defendant. | No. 2:19-cv-02021 RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES** |

THIS MATTER having come before the Court upon the Parties' Stipulated Motion to Continue Deadline for Expert Disclosures, and good cause appearing therefor, it is hereby ORDERED:

(1)   The deadline for the Parties to disclose expert witnesses shall be continued to April 16, 2021; and

(2)   All other pretrial deadlines shall remain the same.

IT IS SO ORDERED this 24th day of February, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES- 1

109911076.1 0069898-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

PRESENTED BY:

STOEL RIVES LLP

_s/ Karin D. Jones_
James M. Shore, WSBA No. 28095
Karin D. Jones, WSBA No. 42406
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: jim.shore@stoel.com
Email: karin.jones@stoel.com

*Attorneys for Defendant Elasticsearch, Inc.*

ARETE LAW GROUP

_s/ Jonah O. Harrison_ *(per email authorization)*
Jonah O. Harrison, WSBA No. 34576
Denise Ashbaugh, WSBA No. 28512
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Telelphone: (206) 428-3253
Email: jharrison@aretelaw.com
Email: dashbaugh@aretelaw.com

*Attorney for Plaintiff Samuel Heller*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES- 2
109911076.1 0069898-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties who have appeared in this case.

STOEL RIVES LLP

*s/ Karin D. Jones*
James M. Shore, WSBA No. 28095
Karin D. Jones, WSBA No. 42406
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500
Email: jim.shore@stoel.com
Email: karin.jones@stoel.com

Attorneys for Defendant Elasticsearch, Inc.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE FOR EXPERT DISCLOSURES- 3

109911076.1 0069898-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*