Hon. Ricardo S. Martinez

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
SAMUEL HELLER, an individual,

12
Plaintiff,

13
v.

14
ELASTICSEARCH, INC., a Delaware
corporation,

15
Defendant.

16

No. 2:19-cv-02021-RSM

**ORDER DISMISSING ACTION
WITH PREJUDICE**

17    THIS MATTER came before the Court on the parties' Stipulation to Dismiss Action

18  with Prejudice and the Court having considered the Stipulation and the pleadings on file in

19  the case, the Court HEREBY dismisses this action with prejudice and without fees or costs

20  to any party.

21

22    **IT IS SO ORDERED.**

23    DATED this 28th day of April, 2021.

24

25

26
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITH PREJUDICE
Case No. 2:19-cv-2021 – Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1 | *Presented by*:

2 | ARETE LAW GROUP PLLC

3 |

4 | /s/ Jonah O. Harrison
Jonah O. Harrison, WSBA #34576
Denise L. Ashbaugh, WSBA #28512

5 | 1218 Third Avenue, Suite 2100

6 | Seattle, Washington 98101
Telephone: (206)-428-3250

7 | jharrison@aretelaw.com
dashbaugh@aretelaw.com

8 |

9 | *Attorneys for Plaintiff*

10 | STOEL RIVES LLP

11 | /s/ Karin D. Jones
James M. Shore, WSBA No. 28095

12 | Karin D. Jones, WSBA No. 42406

13 | 600 University Street, Suite 3600
Seattle, Washington 98101

14 | Telephone: (206) 624-0900
jim.shore@stoel.com

15 | karin.jones@stoel.com

16 | *Attorneys for Defendant*

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing document to be served upon the Clerk of Court and the following using the CM/ECF system:

James M. Shore, WSBA No. 28095
Karin D. Jones, WSBA No. 42406
600 University Street, Suite 3600
Seattle, WA 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
jim.shore@stoel.com
karin.jones@stoel.com


Dated this 27th day of April, 2021.


*/s Janet C. Fischer*
Janet C. Fischer
Paralegal



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250